Summer Shaw, Esq. (SBN 283598)
Alina Mamlyuk, Esq. (SBN 284154)
SHAW & HANOVER, PC
44-901 Village Court, Suite B
Palm Desert, CA 92260
Telephone No.: (760) 610-0000
Facsimile No.: (760) 687-2800
Email ss@shaw.law
*Attorneys for Debtor and Debtor-in-possession,*
*Manchiko Management, LLC*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| In re: | Case No.: 6:25-bk-16853-RB |
|---|---|
| | Chapter:   11 (Subchapter V) |
| MANCHIKO MANAGEMENT, LLC, | **DECLARATION OF STEPHANIE CHU, FOR DEBTOR AND DEBTOR-IN-POSSESION, IN ACCORDANCE WITH ORDER ON MOTION FOR AN ORDER** |
| Debtor. | **1) AUTHORIZING THE DEBTOR TO OBTAIN POSTPETITION FINANCING PURSUANT TO SECTIONS  105, 361, 362, 363, 364 AND 507 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 4001 AND 9014; AND** |
| | **2) DISMISSING CHAPTER 11 CASE** |

I, Stephanie Chu, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon to testify, I could and would competently testify to the truthfulness of all statements contained herein.

1.      I am an individual over 18 years of age and competent to make this Declaration.

2.      I am the Debtor's Manager, authorized to make decisions on its behalf, in the instant bankruptcy proceeding and known as case number 6:25-bk-16853-RB.

3.      The Court entered an Order on Debtor's Motion for an Order: 1) Authorizing the Debtor to the Obtain Postpetition Financing Pursuant To Sections 105, 361, 362, 363, 364 and 507 of the Bankruptcy Code And Bankruptcy Rules 2002, 4001 And 9014; and 2) Dismissing The

Case (Docket No 55- "Refinance Order").

4. In accordance with the requirements of the Refinance Order, on behalf of the Debtor, and pursuant to the Refinance Order, I have made all the required payments for the Debtor to obtain dismissal of this case, but for the items listed below.

5. I have made separate arrangements with Debtor's counsel to be paid from the closing of another sale of property that the Debtor intends to proceed with after dismissal of this case due to some of the payoffs to prior creditors being larger than expected.

6. I have been unable to cure the arrears on the Bamberger property, owing to Silver Hill Capital Community Loan Servicing ("SHCLS"). However, I am informed that SHCLS's counsel has informed my counsel that SHCLS has filed a motion for relief from stay and would like this case dismissed at the earliest time possible. Therefore, I am seeking dismissal and I will cure the arrears owed to them as soon as I close the sale referenced in paragraph number 5 above.

7. I am directing the Debtor's counsel to lodge a proposed order dismissing this case, now that I have paid all required payments (or made alternative arrangements) under the Refinance Order, to have this case dismissed immediately.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration is executed on this 30th day of July, 2026.

_____
Stephanie Chu

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**44-901 Village Court, Suite B, Palm Desert, CA 92260**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF STEPHANIE CHU, FOR DEBTOR AND DEBTOR-IN-POSSESION, IN ACCORDANCE WITH ORDER ON MOTION FOR AN ORDER (1) AUTHORIZING THE DEBTOR TO OBTAIN POSTPETITION FINANCING PURSUANT TO SECTIONS 105, 361, 362, 363, 364 AND 507 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002, 4001 AND 9014; AND (2) DISMISSING CHAPTER 11 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **07/31/2026** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shannon A Doyle**    sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com
- **Dane W Exnowski**    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Todd S. Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert Paul Goe (TR)**    bktrustee@goeforlaw.com, kwareh@goeforlaw.com;bkadmin@goeforlaw.com;C187@ecfcbis.com;
- **kmurphy@goeforlaw.com;rgoe@goeforlaw.com**
- **Ali Matin**    ali.matin@usdoj.gov
- **Vincent Renda**    vr@pinlegal.com, ld@pinlegal.com
- **Jeffrey D Schreiber**    jschreiber@theschreiberlawfirm.com
- **Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
- **Reilly D Wilkinson**    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐     Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On (*date*) **07/31/2026** , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **HONORABLE JUDGE'S COPY**
> **Honorable Magdalena Reyes Bordeaux**
> **United States Bankruptcy Court**
> **3420 Twelfth Street**
> **Riverside, CA 92501-3819**

☐     Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/31/2026 | Teresa Stone | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

