Summer Shaw, Esq. (SBN 283598)
Alina Mamlyuk, Esq. (SBN 284154)
SHAW & HANOVER, PC
44-901 Village Court, Suite B
Palm Desert, CA 92260
Telephone No.: (760) 610-0000
Facsimile No.: (760) 687-2800
Email ss@shaw.law
*General Counsel for Debtor and Debtor-in-possession,*
*Machiko Management, LLC*

**FILED & ENTERED**

AUG 03 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

In re:

MACHIKO MANAGEMENT, LLC,

Debtor.

Case No.: 6:25-bk-16853-RB

Chapter:   11 (Subchapter V)

**ORDER DISMISSING CHAPTER 11 CASE**

Debtor has filed the required declaration to have the case dismissed (the "Declaration"- Docket No 69) pursuant to the Court's prior order at Docket No. 55.

The Court hereby ORDERS that this case is dismissed and the case shall be closed upon entry of this Order.

##

Date: August 3, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

-1-